**A CERTIFIED TRUE COPY**

MAR 2 6 2007

ATTEST _Teresa Bishop_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-275)*

FILED
ASHEVILLE, N.C.

JUN 2 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3.29.07
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #                CASE CAPTION

**ARKANSAS WESTERN**
~~ARW 2 07-2004~~                ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07

**CALIFORNIA EASTERN**
CAE 1 07-85                      Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co.

**CALIFORNIA NORTHERN**
~~CAN 3 07-241~~                 ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07
~~CAN 3 07-702~~                 ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07

**FLORIDA NORTHERN**
FLN 3 06-479                     James Timothy Prescott, etc. v. A.W. Chesterton Co., et al.

**ILLINOIS CENTRAL**
ILC 1 06-1308                    Nadra O'Keefe, etc. v. AGA Gas Inc., et al.

**ILLINOIS SOUTHERN**
~~ILS 3 06-1058~~                ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07
ILS 3 07-1                       Steven Gray, et al. v. BNSF Railway Co.

**KENTUCKY WESTERN**
KYW 3 07-65                      Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al.

**LOUISIANA EASTERN**
LAE 2 06-10560                   Auter Earl Barney v. Insurance Co. of North America., et al.
~~LAE 2 07-577~~                 ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07

**MASSACHUSETTS**
MA 1 05-11149                    Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al.
MA 1 06-10270                    Gary Anderson, etc. v. A.W. Chesterton Co., et al.
MA 1 06-11064                    Pamela V. Koger v. A.W. Chesterton Co., et al.
MA 1 06-11148                    John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al.

**MARYLAND**
~~MD 1 06-3319~~                 ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07

**MISSOURI WESTERN**
MOW 6 06-3472                    Larry F. Schauf, et al. v. 3M Co., et al.

**MISSISSIPPI SOUTHERN**
MSS 1 07-20                      Robert Irving v. ITT Corp., et al.
MSS 1 07-23                      Felicia White, et al. v. Owens-Illinois, Inc., et al.
MSS 1 07-59                      Lula Adams Grant v. William Powell International Sales Corp., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 07-56                      Peggy R. Morgan v. Borg-Warner Corp., et al.
NCM 1 07-101                     John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-102                     Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**NORTH CAROLINA MIDDLE**

| NCM 1 07-105 | Grady Vernon Holmes v. Aqua-Chem, Inc., et al. |
|---|---|
| NCM 1 07-107 | Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-116 | Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al. |

**NORTH CAROLINA WESTERN**

| NCW 1 07-4 | Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al. |
|---|---|
| NCW 1 07-5 | Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-6 | Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-7 | Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-8 | James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-10 | Clarence B. Beard, III, et al. v. 3M Co., et al. |
| NCW 1 07-13 | Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-14 | Abraham Norris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-15 | Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-25 | Roland William Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-26 | Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-27 | John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-29 | Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al. |
| NCW 1 07-30 | David Steven Miller, et al.v. Aqua-Chem, Inc., et al. |
| NCW 1 07-31 | Todd Howard Sherrill v. Aqua-Chem, Inc., et al. |
| NCW 1 07-33 | Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-34 | Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-35 | Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al. |
| NCW 1 07-36 | Boyd T. Towery, Jr. v. 3M Co., et al. |
| NCW 1 07-37 | Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-38 | Dean McCorkle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-39 | Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-46 | Randy L. Johnson v. 3M Co., et al. |
| NCW 1 07-48 | Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-49 | Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-50 | Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-51 | Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-52 | James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-55 | Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-57 | Linda Faye Bishop v. Aqua-Chem, Inc., et al. |
| NCW 1 07-58 | James Richard Hood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-59 | Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-60 | Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al. |

**NEW YORK EASTERN**

| NYE 1 07-258 | Charles B. Young, et al. v. A.W. Chesterton Co., et al. |
|---|---|
| NYE 1 07-260 | Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-261 | Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-262 | Bea Aguilar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-273 | William Prestis, Sr., et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-359 | Arlene D. Welch, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-360 | Eleanor Koerner, etc. v. A.W. Chesterton Co., et al. |

**NEW YORK SOUTHERN**

| ~~NYS 1 06-15395~~ | ~~Talbot P. Frawley, et al. v. General Electric Co., et al.~~ Opposed 3/23/07 |
|---|---|

**OHIO NORTHERN**

| OHN 1 06-10006 | Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al. |
|---|---|

**DIST. DIV. C.A. #**          **CASE CAPTION**

**PENNSYLVANIA WESTERN**
PAW 2  07-40          Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

**SOUTH CAROLINA**
SC 0  07-30          Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-34          Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-240         Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-242         Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
SC 0  07-257         Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
SC 0  07-258         Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-348         Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-440         Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 2  06-1113        Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
SC 2  07-337         Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
SC 2  07-338         James Herman Collins v. Bayer CropScience, Inc., et al.
SC 2  07-468         Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
SC 6  07-241         Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-32          Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-33          James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-36          Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-367         Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-393         William E. Dover, et al. v. Aqua-Chem Inc., et al.
SC 7  07-439         Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
SC 8  06-570         Walter David James, et al. v. Aqua-Chem, Inc., et al.
SC 8  06-941         William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
SC 8  06-942         William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-29          Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-239         Tommy Joe King v. Aqua-Chem, Inc., et al.
SC 8  07-256         Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-435         Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-436         Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-437         Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

**TEXAS NORTHERN**
TXN 4  07-82         Marsha Geffert, et al. v. CertainTeed Corp., et al.

**TEXAS SOUTHERN**
TXS 4  07-130        Allan Cardwell, et al. v. The Boeing Co., et al.

**VIRGINIA EASTERN**
VAE 2  06-9103       Richard W. Grapes v. American Standard, Inc., et al.
VAE 2  06-9104       Gordon W. Jones v. American Standard, Inc., et al.
VAE 2  06-9105       William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard, Inc., et al.
VAE 2  06-9106       Lucy S. Ward v. American Standard, Inc., et al.
VAE 2  06-9107       Margie E. Birmingham v. American Standard, Inc., et al.
VAE 2  06-9108       Roberto P. Gallegos v. American Standard, Inc., et al.
VAE 2  06-9109       Terry D. Nealey v. American Standard, Inc., et al.
VAE 2  06-9110       Richard B. Nelson v. American Standard, Inc., et al.
VAE 2  06-9111       Floyd C. Olson v. American Standard, Inc., et al.
VAE 2  06-9112       Charles L. Papke v. American Standard, Inc., et al.
VAE 2  06-9113       Leon R. Paquette v. American Standard, Inc., et al.
VAE 2  06-9114       James H. Rickard v. American Standard, Inc., et al.
VAE 2  06-9115       George D. Ryan v. American Standard, Inc., et al.
VAE 2  06-9116       Willus C. Stream v. American Standard, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2 06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2 06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2 06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2 06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2 06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2 06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2 06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2 06-9126 | Joseph D.Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2 06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2 06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2 07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2 07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2 07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2 07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2 07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2 07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2 07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2 07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2 07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2 07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2 07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2 07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2 07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2 07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2 07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2 07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2 07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2 07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2 07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2 07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2 07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2 07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2 07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2 07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2 07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2 07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2 07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3 07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

DIST. DIV. C.A. #                    CASE CAPTION

WISCONSIN WESTERN
  WIW 3  06-672              Ernest Crotteau v. Dynegy Corp., et al.